No. 6459.  CHACON *v.* NELSON, WARDEN;

No. 6495.  KOHL *v.* PERINI, CORRECTIONAL SUPERIN-TENDENT, ET AL.; and

No. 6775.  SZIJARTO *v.* NELSON, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 6913.  FALLON *v.* WAGGONNER, SHERIFF, ET AL. Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 808.  ROE ET AL. *v.* WADE, DISTRICT ATTORNEY OF DALLAS COUNTY.  Appeal from D. C. N. D. Tex. Probable jurisdiction postponed to hearing of case on the merits.

No. 971.  DOE ET AL. *v.* BOLTON, ATTORNEY GENERAL OF GEORGIA, ET AL.  Appeal from D. C. N. D. Ga.  Probable jurisdiction postponed to hearing of case on the merits.

No. 876.  MITCHUM, DBA BOOK MART *v.* FOSTER ET AL. Appeal from D. C. N. D. Fla.  Probable jurisdiction noted.

No. 1495.  COL-AN ENTERTAINMENT CORP. ET AL. *v.* HARPER ET AL.  Appeal from D. C. N. D. Fla.  Probable jurisdiction noted.

No. 6158.*  LINDSEY ET AL. *v.* NORMET ET AL.  Appeal from D. C. Ore.  Motion for leave to proceed *in forma pauperis* granted.  Probable jurisdiction noted.

_____

*For separate opinion of BLACK, J., see No. 5048, *Meltzer* v. *LeCraw & Co.*, *infra.*